# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-00284-CG |
| ) | |
| TERRILL L. EVANS, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on the United States of America's Motion for Preliminary Order of Forfeiture (Doc. 38) for the following:

> A Springfield, .40 caliber pistol, SN: MG323996;
> A P9RK, 9mm pistol, SN: K16342; and
> A Taurus, .40 caliber pistol, SN: SYJ44985.

Being fully advised of the relevant facts, the Court hereby finds that the defendant was in possession of the above firearms during and in furtherance of a drug trafficking crime, to which he pled guilty.

Further, the Court has already ordered forfeiture of the defendant's interest in the firearms identified above.

Accordingly, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C.

§ 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearms identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER **ORDERED** that upon issuance of this Preliminary Order of Forfeiture, the United States shall provide written notice to all third parties known to have an alleged legal interest in the property and publish notice on the Internet at [www.forfeiture.gov](www.forfeiture.gov) of its intent to forfeit the property pursuant to Rule 32.2(b)(6). Determining whether a third party has any interest in the property must be deferred until a third party files a claim in an ancillary proceeding under Rule 32.2(c).

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property, including a final order of forfeiture pursuant to Rule 32.2(c)(2).

**DONE** and **ORDERED** this 19th day of November, 2018.

/s/ Callie V. S. Granade  
SENIOR UNITED STATES DISTRICT JUDGE